**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:25- |
| | § | CR-69-SDJ-AGD-1 |
| TITUS STEVENSON | § | |

## <u>MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. With Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of twelve (12) months and one (1) day, with an eighteen-month term of supervised release to follow. All prior conditions imposed in the original judgment are reimposed here.

It is further **ORDERED** that the Government's motion to dismiss allegations 4, 5, 6, 7, and 8 is granted.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in Beaumont, Texas, if appropriate.

**So ORDERED and SIGNED this 15th day of May, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE